USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/07/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SHANE GILLEO,

                Defendant.

No. 15 CR 346 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

**To: U.S. Marshals Service**

**It is hereby ORDERED** that defendant, SHANE GILLEO, Reg # 72214-054, sentenced to time served, be released from custody. The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

Dated:   September 7, 2022
           White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge